UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIM. NO. 11-48 (SRN/JSM) |
| Plaintiff, | |
| v. | ORDER |
| MARK ALLEN BUSSE, | |
| Defendant. | |

The above matter came on before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron, dated May 24, 2011. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, upon all the files, records and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 17] is **DENIED.**

2. Defendant's Motion to Suppress Statements [Docket No. 19] is **DENIED** as moot.

Additionally, Defendant's Motion to Suppress Eyewitness Identifications [Docket No. 18] is **WITHDRAWN.**

Dated:  June 9, 2011              s/ Susan Richard Nelson
                                  Susan Richard Nelson
                                  United States District Court